## 20015. OWENS v. THE STATE.

LUKE, J. This case is controlled by the decision in the companion case of *Owens* v. *State*, ante.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*